# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CREECY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 1:13-cv-460-UNA** |
| ) | |
| AMCOL SYSTEMS, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: July 19, 2013        BY:*/s/W. Christopher Componovo*
　　　　　　　　　　　　　　W. Christopher Componovo, Esquire
　　　　　　　　　　　　　　Attorney ID #3234
　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　Silverside Carr Executive Center
　　　　　　　　　　　　　　Suite 118, 501 Silverside Road
　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　Phone: (302) 791-9373
　　　　　　　　　　　　　　Fax: (302) 791-9476
　　　　　　　　　　　　　　Attorney for the Plaintiff